# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| WILLIAM G. MARTIN,  )<br>  )<br>   Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>JMF MANUFACTURING, LLC, d/b/a  )<br>JMF COMPANY,  )<br>  )<br>   Defendant.  ) | Case No.  08-cv-4060 |

## O R D E R  &  O P I N I O N

Before the Court is Plaintiff's Motion to Dismiss (Doc. 22). On April 14, 2011, the parties reached a settlement agreement during a settlement conference with Magistrate Judge Gorman. (Minute Entry of 4/14/2011). On that date, Magistrate Judge Gorman entered an order directing the parties to file, within 35 days, a stipulation of dismissal or other appropriate pleading. (Doc. 21). In compliance with Judge Gorman's Agreed Order of Dismissal, Plaintiff has now filed his Motion to Dismiss, in which he reports that all matters in this controversy have been settled and asks that the case be dismissed with prejudice.

Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at Plaintiff's request upon terms that the Court considers proper. As the parties have reported that the case is settled, the Court sees no reason why it is not proper to grant Plaintiff's request. Accordingly, Plaintiff's Motion to Dismiss (Doc. 22) is GRANTED, and this matter is DISMISSED WITH PREJUDICE. IT IS SO ORDERED.

CASE TERMINATED.

Entered this 11th day of May, 2011.

                                    s/ Joe B. McDade
                                  JOE BILLY McDADE
                            United States Senior District Judge